United States District Court
Southern District of Texas
**ENTERED**
June 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ROBERT GREEN, JR., | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-04435 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| UNITED PARCEL | § | |
| SERVICE, INC, | § | |
| Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiff Robert Green, Jr., proceeds here *pro se*. He sues Defendant United Sates Parcel Service, Inc, for violations of Title VII of the Civil Rights Act of 1964. Dkt 1 at 2.

Defendant filed a motion to dismiss for failure to state a claim. Dkt 11. Plaintiff then filed an amended complaint, also alleging violations of Title VII. Dkt 16.

Judge Bennett notes that the amended complaint contains new factual information pertinent to Plaintiff's claims. Dkt 30 at 3. He thus recommends that the motion to dismiss be denied as moot without prejudice to Defendant filing a new motion to dismiss targeted specifically at the amended complaint. Ibid.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v*

*PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 30.

The motion by Defendant United Parcel Service, Inc, to dismiss is DENIED AS MOOT and WITHOUT PREJUDICE. Dkt 11.

SO ORDERED.

Signed on ___June 25, 2026___, at Houston, Texas.


_____
Honorable Charles Eskridge
United States District Judge

2